IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-0714

PENSACOLA BEACH, INC.,
AND DAVID A BRANNEN,

      Appellants,

v.

AMERICAN FIDELITY LIFE
INSURANCE COMPANY,
PENSACOLA BEACH, L.L.C.,
AND SANTA ROSA ISLAND
AUTHORITY,

      Appellees.

_____/

Opinion filed July 20, 2017.

An appeal from the Circuit Court for Escambia County.
Gary L. Bergosh, Judge.

Robert O. Beasley, Phillip A. Pugh, and DeWitt D. Clark of Litvak Beasley Wilson & Ball, LLP, Pensacola, for Appellants.

Linda A. Hoffman and Robert S. Rushing of Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, LLC, Pensacola, for Appellees.

PER CURIAM.

      The Court has determined that the Partial Final Judgment in Favor of

American Fidelity Life Insurance Company, Santa Rosa Island Authority, and

Michael J. Stebbins is not one that disposes of the entire case as to any party or disposes of a separate and distinct cause of action that is not interdependent with other pleaded claims. Fla. R. App. P. 9.110(k). Therefore, the order does not constitute a partial final judgment subject to immediate review pursuant to Florida Rule of Appellate Procedure 9.110(k).

The Court declines to grant appellant's request to review the Order Denying Motion to Stay Proceedings and the Order Imposing Sanctions and Striking Pleadings of Pensacola Beach, Inc., and David A. Brannen by petition for writ of certiorari because the Court's jurisdiction to do so was not invoked in a timely manner. In order to invoke the Court's certiorari jurisdiction, a petition must be filed within thirty days of rendition of the order to be reviewed. Fla. R. App. P. 9.100(c)(1). The two orders of which appellant seeks certiorari review were rendered on January 8, 2017. The notice of appeal was filed on February 8, 2017, the thirty-first day following rendition.

The appeal is dismissed for lack of jurisdiction.

ROBERTS, OSTERHAUS, and M.K. THOMAS, JJ., CONCUR.